IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DR. RACHEL TUDOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 5:22-cv-00480-G |
| 1.  MARIE GALINDO, | ) | |
| 2. BRITTANY STEWART, | ) | |
| 3. JILLIAN WEISS, | ) | |
| 4. EZRA YOUNG, | ) | |
| 4. TRANSGENDER LEGAL | ) | |
|     DEFENSE AND EDUCATION | ) | |
|     FUND | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| 1. EZRA YOUNG, | ) | |
| 2. BRITTANY STEWART, | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1. DR. RACHEL TUDOR | ) | |
| 2. SOUTHEASTERN OKLAHOMA | ) | |
| STATE UNIVERSITY, | ) | |
| 3. REGIONAL UNIVERSITY | ) | |
| SYSTEM OF OKLAHOMA, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

**JOINT MOTION OF
DEFENDANTS/ COUNTERCLAIM PLAINTIFFS
EZRA YOUNG AND BRITTANY STEWART
<u>REQUESTING SETTLEMENT CONFERENCE</u>**

Defendants/ Counter Plaintiffs Ezra Young and Brittany Stewart respectfully request this Court direct all Parties to participate in an in person judicial settlement conference, to be set by the Court.

Ms. Weiss and counsel for TLDEF do not oppose this motion. As of filing, counsel for Southeastern and RUSO as well as Ms. Galindo have not taken a position on this motion. Dr. Tudor opposes this motion.

In support of this request, Young and Stewart show the Court as follows:

1. This is an ancillary litigation to *Tudor v. Southeastern et el.*, 5:15-cv-324-C (filed Mar. 31, 2015) [hereinafter "merits case"].

2. The instant dispute is narrow—the fees and costs due to Dr. Tudor's former counsel compensating them for their work in the merits case.

    a. Between 2018 and 2021, Dr. Tudor's former counsel docketed fees and costs petitions in the merits case seeking more than $2,000,000 in compensation for thousands of hours of attorney time and tens of thousands of fronted litigation costs.

    b. Sometime in mid 2022, Dr. Tudor purportedly "settled" the merits case for $1,750,000, less than what she owes her former counsel.

    c. To date, Dr. Tudor has steadfastly refused to account for the settlement proceeds she references in her complaint.

    d. Upon information and belief, none of Dr. Tudor's former counsel have been fully compensated for their work in the merits case.

3. Our good faith efforts to resolve this case via phone and email conferencing both before and after its filing proved futile. Physical distance and information silos between Dr. Tudor and her current and former counsel have proved to be obstacles to resolution.

4. A judicial settlement conference may result in settlement of this case insofar as it would give the Parties the first opportunity to sit down together and hash out fees and costs due to Dr. Tudor's many attorneys and identify compromise points.

5. In the event that the Parties fail to reach a final agreement or an agreement-in-principle at the settlement conference, the Court may direct the parties to submit proposed new deadlines within one week of the conclusion of the settlement conference.

Dated: January 9, 2023

Respectfully Submitted,

/s/ Ezra Young
Ezra Young (NY Bar No. 5283114)
LAW OFFICE OF EZRA YOUNG
210 North Sunset Drive
Ithaca, NY 14850
P: (949) 291-3185
ezra@ezrayoung.com

/s/ Brittany Stewart
Brittany Stewart (OK Bar No. 20796)
4543 Kady Avenue NE
St. Michael, Minnesota 55376
P: 405-420-5890
brittany.novotny@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2023, I electronically filed a copy of the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically serve all counsel of record.

/s/ Ezra Young

Ezra Young (NY Bar No. 5283114)