UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RACHEL TUDOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-22-480-G |
| | ) |
| **MARIE GALINDO et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **RECUSAL ORDER**

Pursuant to 28 U.S. C. § 455, I recuse from the above-referenced case and direct the Clerk of the Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 9th day of January, 2023.

_____
CHARLES B. GOODWIN
United States District Judge