UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**ROOM 1210, U. S. COURTHOUSE**
**OKLAHOMA CITY, OKLAHOMA 73102**

| | |
|---|---|
| **RACHEL TUDOR,** )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>**MARIE GALINDO et al.,** )<br>)<br>    Defendants. ) | Case No. CIV-22-480-G |

**ENTER ORDER:**

Case transferred to **Honorable Jodi W. Dishman**.  HEREAFTER, PLEASE REFER TO CASE AS CIV-22-480-JD.

Please note that for future filings in this case, the letter at the end of the number should now be a "**JD**" rather than a "**G**".  This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of District Judge **Charles B. Goodwin**, we have entered the above enter order.

                        CARMELITA REEDER SHINN, CLERK OF COURT

                        By _____/s/Jacob Buckle_____
                                          DEPUTY CLERK

cc: parties of record