IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DR. RACHEL TUDOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-22-00480-JD ) |
| MARIE E. GALINDO, et al. | ) ) |
| Defendants. | ) ) ) |

## ORDER

This case was recently reassigned to the undersigned judge. This case involves individuals and entities. In accordance with Federal Rule of Civil Procedure 7.1 (as amended effective December 1, 2022), the Court ORDERS any required party to comply with Rule 7.1 within seven (7) days or by January 30, 2023.

IT IS SO ORDERED this 23rd of January 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE