**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **DR. RACHEL TUDOR,** ) | **Case No. 5:22-cv-00480** |
| ) | |
| **Plaintiff,** ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL** |
| **v.** ) | |
| ) | |
| **MARIE GALINDO, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (c)(1), Third Party Defendant – Counterclaimant Jillian T. Weiss hereby voluntarily dismisses the Third Party Counterclaim action against Defendant-Third Party Plaintiff Ezra Young.

Dated: February 14, 2024

/s *Jillian T. Weiss*
Jillian T. Weiss
LAW OFFICE OF JILLIAN T. WEISS, PC
242 Main Street, No. 304
Beacon, New York 12508
Telephone: (845) 709-3237
Facsimile: (845) 684-0160
jweiss@jtweisslaw.com
Third-Party Defendant-Counterclaimant