# Exhibit 4

**From:** **Ezra Young** ezra@ezrayoung.com
**Subject:** Re: Activity in Case 5:22-cv-00480-JD Tudor v. Galindo et al Response
**Date:** February 22, 2024 at 12:37 PM
**To:** Jillian Weiss jweiss@jtweisslaw.com
**Cc:** Brittany Stewart brittany.novotny@gmail.com

Jill,

We are writing to let you know that we plan to file a motion to strike your filing (ECF No. 71). Judge Dishman previously warned you that you must abide by court orders and local rules or risk them being struck when she conditionally granted your admission pro hac vice on you filing the correct admission paperwork back in October 2023. (Looks like you still haven't filed that paperwork, to date.) Disclosure of communications made pursuant to the confidentiality provision of a judicial settlement conference violates both Judge Erwin's order over that conference and Local Rules.

If you would like to confer (beyond the email exchange below) in advance of our motion, please let us know via email.

Ezra and Brittany

> On Feb 13, 2024, at 11:06 PM, Jillian Weiss <jweiss@jtweisslaw.com> wrote:
>
> This communication was made after the settlement conference, and was not part of the settlement conference. You waived confidentiality by so doing. That is my final response.
>
> Jillian T. Weiss
> (845) 709-3237
>
>
> On Tue, Feb 13, 2024 at 10:10 PM Ezra Young <ezra@ezrayoung.com> wrote:
>> Jill:
>>
>> We have reviewed your responsive brief filed as ECF No. 71 in the interpleader case. We write to confer with you about corrective action necessary with respect to confidential settlement communications we made via letter on January 5, 2024.
>>
>> In your filing at page two, footnote two you state, in pertinent part: "On January 5, 2024, they sent a letter to the parties stating their demand is $1,750,269.26, based on their hourly billing, of which $102,240 is for Ms. Stewart, and the remainder for Mr. Young." We believe that this disclosure—of the content and substance of our settlement demand, transmitted to you and the other parties—violates Judge Erwin's settlement conference order (ECF No. 44).
>>
>> Confidentiality of our statement is set forth in ¶ 7 of Judge Erwin's order ("The settlement conference statements and all communications occurring during the settlement conference are confidential and, except as otherwise permitted under Fed. R. Evid. 408 or other provisions of federal law, cannot be used by any party in the trial of the case.").
>>
>> We intend to reach out to Judge Erwin—and will cc all parties on that email—to request a certification of your noncompliance with the confidentiality provisions of his order.
>>
>> Please advise as to your position on our request.
>>
>>
>> Ezra and Brittany
>>
>>
>>> Begin forwarded message:
>>>
>>> **From:** okwd_ecf_notice@okwd.uscourts.gov
>>> **Subject: Activity in Case 5:22-cv-00480-JD Tudor v. Galindo et al Response**
>>> **Date:** February 13, 2024 at 9:20:28 PM EST
>>> **To:** okwdecf@okwd.uscourts.gov
>>>
>>> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
>>> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.
>>>
>>> **U.S. District Court**
>>>
>>> **Western District of Oklahoma[LIVE]**

**Notice of Electronic Filing**

The following transaction was entered by Weiss, Jillian on 2/13/2024 at 8:20 PM CST and filed on 2/13/2024

**Case Name:**       Tudor v. Galindo et al
**Case Number:**     5:22-cv-00480-JD
**Filer:**           The Law Office of Jillian T. Weiss, P.C.
**Document Number:** 71

**Docket Text:**
**RESPONSE re [63] Order** *for Responsive Brief* **filed by The Law Office of Jillian T. Weiss, P.C.. (Weiss, Jillian)**

**5:22-cv-00480-JD Notice has been electronically mailed to:**

Brittany M Novotny     brittany.novotny@gmail.com

Dixie L Coffey     dixie.coffey@oag.ok.gov, becky.sunderland@oag.ok.gov, docket@oag.ok.gov, lori.cornell@oag.ok.gov, riskdocket@omes.ok.gov

Ezra I Young     ezra@ezrayoung.com

Jerry L Colclazier     jerry@colclazier.com, amie@colclazier.com

Jillian T Weiss     jweiss@jtweisslaw.com, admin@jtweisslaw.com

Jon Blake Patton     bpatton@gablelaw.com, dbrown@transgenderlegal.org, hmilligan@gablelaw.com, sduncan@transgenderlegal.org

Marie E Galindo     AttorneyMarieEiselaGalindo@gmail.com

Shon T Erwin     erwin-orders@okwd.uscourts.gov

**5:22-cv-00480-JD Notice has been delivered by other means to:**

Jillian T Weiss

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041971380 [Date=2/13/2024] [FileNumber=5232967-0
] [8870f47ca6499365893e3b7efe230c04efc15b48c1fe42d24c2920a8d90d5da1e7b
85c46119565c50f2616c93fb400b87217c334e8bfb18e930746e367e19471]]