# Exhibit 1



*State of New York*
*Grievance Committee for the*
*Second, Eleventh and*
*Thirteenth Judicial Districts*

Renaissance Plaza
335 Adams Street – Suite 2400
Brooklyn, New York 11201-3745
(718) 923-6300

ANDREA E. BONINA, ESQ.
Chair

DIANA MAXFIELD KEARSE
Chief Counsel

MARK F. DEWAN
Deputy Chief Counsel

SUSAN KORENBERG
SUSAN B MASTER
KATHRYN DONNELLY
THOMAS GRAHAM AMON
SASHA N. HOLGUIN
DAVID W. CHANDLER
SARA MUSTAFA
THOMAS J. MURPHY
Staff Counsel

October 6, 2021

**CONFIDENTIAL**
Ezra I. Young, Esq.
c/o Meredith Kaplan Stoma, Esq.
Lewis Brisbois Bisgaard & Smith LLP
One Riverfront Plaza, Suite 800
Newark, NJ 07102

Re:   **File No.: K-319-20**

Dear Mr. Young:

On September 14, 2021, the Grievance Committee for the Second, Eleventh and Thirteenth Judicial Districts has considered the complaint filed against you by Dr. Rachel Tudor.

After deliberation, the Committee determined that there was no breach of the Rules of Professional Conduct on your part and the complaint was dismissed.

Very truly yours,

Andrea E. Bonina
Chair

AEB/hd

mfd

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

August 9, 2021

Ms. Brittany M. Novotny
Attorney at Law
National Litigation Law Group
2401 N.W. 23rd Street, Suite 42
Oklahoma City, OK 73107

RE:   DC-20-116, Grievance by Rachel Tudor

Dear Ms. Novotny:

The Professional Responsibility Commission met on July 16, 2021 and considered the above-referenced grievance. It was the decision of the Commission that this grievance be dismissed with a letter of admonition for your conduct in this matter.

During your representation of Ms. Tudor in a civil matter before the United States District Court for the Western District of Oklahoma, you offered your client marijuana and were observed smoking it one evening after court was in recess. At the time this occurred, possession and/or consumption of marijuana was illegal in the state of Oklahoma. In your response to Ms. Tudor's grievance, you were candid and admitted your conduct was a lapse in judgment and reflected poorly upon the legal profession.

The Commission found your actions constitute a violation of Rule 8.4(b) of the Oklahoma Rules of Professional Conduct, 5 O.S. 2011, ch. 1, app. 3-A and Rule 1.3 of the Rules Governing Disciplinary Proceedings, 5 O.S. 2011, ch. 1, app. 1-A. As a result, **you are hereby admonished and cautioned not to repeat such conduct**. The entire file in this proceeding, including the record of this admonition, will be kept in strict confidence, and is *not* considered professional discipline. By such disposition, the Commission expresses its hope that in the future you will observe the high standards of conduct required of our profession.

Sincerely,

Loraine Farabow
First Assistant General Counsel

LDF/mf



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax  405.416.7003
toll free  800.522.8065

www.okbar.org