# Exhibit 2

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

October 21, 2021

Rachel Tudor
4595 W. Spring Creek Pkwy #2612
Plano, TX 75024

RE: Grievance against Brittany Michelle Stewart, IC-21-633

Dear Ms. Tudor:

We have received your grievance against the above-referenced attorney.

We are not opening a formal investigation at this time. Instead, we are sending Ms. Stewart a copy of your letter and requesting that she respond to us as soon as possible, but within at most two weeks, about the matter set out in your letter. It is possible that in this manner, the complaints made in your letter will be addressed and there will be no reason for the General Counsel's office to conduct a formal investigation.

Under the Rules of the Oklahoma Bar Association as promulgated by the Supreme Court of the State of Oklahoma, these matters must remain confidential. We cannot provide legal advice nor can we represent you in any pending litigation. It is therefore essential that you continue to protect your own legal interests. If at any time you have any further information you wish to be considered or investigated regarding your grievance, you are welcome to provide the information to us.

Sincerely,

Loraine Farabow
First Assistant General Counsel

LDF/wm

cc: Brittany Michelle Stewart

www.okbar.org

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065



# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

October 21, 2021

Brittany Michelle Stewart
Attorney at Law
National Litigation Law Group
2401 NW 23rd St., Ste. 42
Oklahoma City, OK 73107

RE: Grievance by Rachel Tudor, IC-21-633

Dear Ms. Stewart:

Enclosed is a copy of the grievance we received from Rachel Tudor and our response to same. Please respond in writing to us as soon as possible, but within at most two weeks from the date of this letter, about the matters set out in the grievance.

It is possible that a copy of your response may be forwarded to Ms. Tudor, if appropriate. Any portion of your correspondence that you do not want forwarded may be placed in a separate letter to us informing us of same. Please include copies of any documents you have or statements of others that are relevant to the grievance so that this matter may be promptly concluded.

It is possible that in this manner, the complaints made in Ms. Tudor's letter will be addressed and there will be no reason for the Office of the General Counsel to conduct a formal investigation.

Sincerely,

Loraine Farabow
First Assistant General Counsel

LDF/wm

Enclosure

1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org

