# Exhibit 4

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

February 6, 2024

Rachel Tudor
404 N. Main St.
Seminole, OK 74868

RE:   Grievance against Brittany Michelle Stewart, IC-24-66

Dear Ms. Tudor:

We have received your complaint against the above-referenced attorney. Thank you for bringing this matter to our attention. However, it is our opinion that we are not in a position to resolve this matter for you.

All of your allegations are matters that can be brought before the Court hearing your dispute. The Office of the General Counsel addresses grievances alleging attorney conduct which violates the Oklahoma Rules of Professional Conduct. Although the conduct of an attorney may seem inappropriate, it may not necessarily constitute a violation of the Oklahoma Rules of Professional Conduct.

Should the Court make a finding as to unethical behavior on the part of an attorney, please forward a copy of an order or opinion stating so to us immediately. At that time, we may determine it is appropriate to open this matter for investigation. Until that time, we will take no action as the Rules are not intended to be invoked by opposing parties as procedural weapons. We have no jurisdiction nor would it be proper for us to infringe upon the jurisdiction of the court hearing your case.

Please note that this office exercises exclusive jurisdiction over the investigation of allegations of attorney misconduct in the State of Oklahoma. The decision whether to open a matter for formal investigation rests solely within our discretion.

We will take no further action in this matter at this time.

Sincerely,

Loraine Dillinder Farabow
First Assistant General Counsel

LDF/ba



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office 405.416.7007
fax 405.416.7003
toll free 800.522.8065

www.okbar.org