# Exhibit 1

**From:** **Ezra Young** ezra@ezrayoung.com
**Subject:** Re: JSR Debacle
**Date:** May 17, 2026 at 9:14 AM
**To:** Blake Patton bpatton@gablelaw.com
**Cc:** jerry@colclazier.com, brittany.novotny@gmail.com, jweiss@jtweisslaw.com, marie@galindotriallaw.com, dixie.coffey@oag.ok.gov



Jerry,

Writing to add. It seems you are not capable of basic cooperation with opposing counsel. You're repeatedly admitted you don't read emails. And insisted you do not know how to use word processing programs. And, this morning, you made a crude defense to my genitals in an all counsel email.

I remain open to conferring with you in advance of a motion to disqualify you as counsel. If you'd like that opportunity, let me know. (Since you brought this up.)

As I've shared before, I'm the full time caretaker for my mentor Luke. He has dementia. I'd appreciate if you not needlessly eat up my time and others going forward. If nothing else, it's cruel and inconsiderate to Luke.

I'm fees and costs—you again admitted you're charging up a storm on basic tasks which are the responsibility of Dr Tudor to pay. Under my retainer, she is responsible for her own bills. This is one of several grounds on which I plan to seek disqualification.

I strongly suggest that if you haven't already, you confer with your malpractice insurer.

Ezra

Sent from my iPhone

> On May 17, 2026, at 8:32 AM, Ezra Young <ezra@ezrayoung.com> wrote:
>
> Not agreed.
>
> Jerry, I sent you a version that reconciled all versions already.
>
> This is due May 26. So you have more time to fix it or have someone in your office do it for you.
>
> Sent from my iPhone
>
>> On May 17, 2026, at 8:18 AM, Blake Patton <bpatton@gablelaw.com> wrote:
>>
>> Agreed.
>>
>> Blake Patton
>>
>>> On May 17, 2026, at 7:09 AM, Jerry Colclazier <jerry@colclazier.com> wrote:
>>>
>>> External email – beware of links and attachments
>>>
>>> Counsel:
>>> I'm sure some of you are wondering how we ended up in such a clustercuss. I certainly was so I took a close review of the last week and drafted a comparison of the correspondence and pleadings during that time. The result was interesting. As each of you are aware, we had our planning meeting on May 13th and made what I thought was good progress. I took notes and directly after the meeting revised the draft JSR and at 4:51 pm sent everyone a copy.The next day, May 14 at 1:25 pm, I received an email from Ezra with his own version of the JSR, criticising my version and starting his attempt to gaslight me, I assume similar to his attempts to gaslight his (former) client Dr. Tudor when she questioned his competence and ethics. Attached to this email is a comparison of the various JSR drafts by me and Ezra to highlight the differences. Ordinarily, I wouldn't go to this much trouble, but after Ezra repeatedly tried to gaslight me to cover up his own errors, and because I wanted

to prepare for Ezra's threatened motion to disqualify, I decided that the effort was necessary.

After I received Ezra's draft JSR, which instead of simply sending the specific proposed edits, he sent an entire pleading which, of course, required one to go through, line by line, to see what his proposed edits were. I read his draft (May 14 at 1:25 pm) and decided that it couldn't be Ezra's proposed edits because it appeared to have been drafted before our meeting and failed to include many of the agreed changes from the meeting and still had the answers to many questions marked "TBD", which was generally contradictory to our discussions in the meeting. You can see those answers on the attached JSR comparison.There were a number of reasons that Ezra's draft was virtually worthless. First, Ezra changed the input of another party (A4TE), something I have never seen in probably a hundred federal cases and associated JSRs. Secondly, as you can clearly see, on Jurisdiction, after I had already amended the JSR to show that he and Btittany objected to jurisdiction, Ezra's (May 14 at 1:25 pm) draft now showed that all parties agreed to jurisdiction and venue.That is why I initially thought that document could not be Ezra's edits, and asked him to identify the email that his edits were in. His response, instead of simply admitting he had erred, was to attempt to cover up his mistakes by gas lighting and insulting me. Going on, Ezra grew tired of attacking me, and finally confirmed that that draft was what he actually intended to be his edits to the JSR. My guess was that he was so sure of himself, he never looked at the document to see. Going on, as highlighted on the comparison JSR, Ezra's (May 14 at 1:25 pm) draft JSR **proposed 15 separate changes to the JSR**. Ezra's draft differed from the draft I proposed and didn't appear to include any of the agreements we had reached in our meeting.

Faced with multiple differences in the JSR content, but tasked with getting the document filed (as Ezra kept arguing ad nauseam), on May 15 at 8:08 am, I proposed a JSR that included all of Ezra's edits as well as the information that I believed we had all agreed to at our meeting. My reward for the effort was more personal attacks.On May 15 at 9:17 am, after I had specifically requested everyone to submit proposed edits which just indicated the specific changes each counsel requested. Ezra did the exact opposite and submitted another

entirely new draft JSR, which I had to go through line by line to discover the differences. In hindsight, I believe Ezra did this in the hope that no one would discover his tacit admission that he had sent the wrong "edits" on May 14 at 1:25 pm. Indeed, in Ezra's newest draft, he abandoned his "Date of Conference" edit of "TBA" and agreed to the "May 13, 2026" date in my initial JSR. Ezra also abandoned the change he made to A4TE's input and agreed to the language in my original draft. On "Jurisdiction", Ezra abandoned his proposed edit where he agreed to SM jurisdiction and venue, and basically, as an obvious face-saving measure, rewrote (poorly) the language I had submitted in the first draft, but neglected to address venue at all. On "Stipulated Facts", since Ezra and Brittany would not stipulate to jurisdiction in our meeting, we agreed to put "none" on stipulated facts. Inexplicably, on May 14 at 1:25 pm, Ezra proposed an edit back to "1. This Court has jurisdiction to hear this case.".Then, after I put that response for only Ezra and Brittany, Ezra switched again, and proposed "Not Applicable". Brave move to respond with "Not Applicable" to an issue that the Court deemed important enough to put in her JSR form.

And the band played on. On "Contentions and Claims", Ezra proposed to edit A4TE's section without authority; in his latest draft he has abandoned that attempt and now agrees with the language in my original draft. On "5. Applicability..." Ezra has now abandoned his "TBD" response in favor of my original answer of "No". Likewise, with respect to sections "6. Motions", "Discovery Plan D", "Discovery Plan E.", "Discovery Plan F", "Discovery Plan G", "12. A.", and "13. Consent to Magistrate", Ezra has generally abandoned his May 14 at 1:25pm proposed edits in favor of the language I authored in the first JSR draft after our meeting.

**My proposal is simple. I propose that we go back to the first JSR that I sent out on May 13 at 4:51 pm, (changing possibility of settlement from "Poor" to "TBD"), and we file it tomorrow. Let me know your response by Monday at noon or I will file the version with both competing versions.**

I believe this email is likely the longest email I have ever authored. Granted, this email will be helpful to respond and provide copies to

Granted, this email will be helpful to respond and provide copies to the Court if and when Ezra follows through on his threat to DQ me as Dr. Tudor's counsel. Although, I don't really think after reading this, he will have the "stones" to file that motion. And yes,as Ezra stated, I will be including this wasted time caused by Ezra's antics in my fee application after this matter is concluded in the hope that the person most responsible for those fees will be the one to pay them.

Thanks,
Jerry

Jerry L. Colclazier
**COLCLAZIER & ASSOCIATES**
404 N. Main Street
Seminole, Oklahoma
Telephone (405) 382-1212
Facsimile (405) 382-1214
E-mail jerry@colclazier.com
<JSR Comparisons.pdf>